AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District where Charges are Pending and Transferring Bail

Case 4:22-mj-70715-MAG Document 6 Filed 06/01/22 Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUN -1 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>ZHIXIONG LI,<br><br>Defendants. | Case No. 22-mj-70715-MAG-1 (KAW)<br><br>Charging District: Eastern District of New York<br><br>Charging District's Case No.: 20-cr-399 |

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: 225 Cadman Plaza East<br>Brooklyn NY | Courtroom No.: 4FN |
|---|---|
| | Date and Time: June 14, 2022 10:00am |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: 6/1/22

Kandis A. Westmore
United States District Judge